| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.:   3:08-CR-137-TAV-JEM |
| | ) |
| SUSAN WELCH COOPER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on March 16, 2026 [Doc. 58], recommending that the Court deny defendant's Motion to Modify Garnishment Order Due to Divorce and Financial Hardship [Doc. 54].

There have been no timely objections filed to the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).  After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling.  Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 58]. Therefore, defendant's Motion to Modify Garnishment Order Due to Divorce and Financial Hardship [Doc. 54] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE